# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5188

_____

DOW ROOFING SYSTEMS, LLC,

Appellant,

v.

MARCUS POINTE BAPTIST
CHURCH, INC.,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, III, Judge.

July 25, 2018

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Matthew J. Conigliaro of Carlton Fields Jorden Burt, P.A., Tampa; Matthew B. Barr of Barnes & Thornburg LLP, Indianapolis, for Appellant.

Edward P. Fleming and Matthew A. Bush of McDonald Fleming Moorhead, Pensacola, for Appellee.